**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Dario TEQUIDA–ESQUER, Defendant–Appellant.**

**No. 13–10514.**

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 14, 2014.\*

Filed Oct. 20, 2014.

Liza M. Granoff, Esquire, Assistant U.S., Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

*See* Fed. R.App. P. 34(a)(2).

Rosemarie Valdez, Esquire, Law Office of Rosemarie Valdez, Tucson, AZ, for Defendant–Appellant.

Before: LEAVY, GOULD, and BERZON, Circuit Judges.

MEMORANDUM **

Dario Tequida–Esquer appeals from the district court's judgment and challenges the 60–month sentence imposed following his guilty-plea conviction for conspiracy to possess with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vii), and 846; and possession with intent to distribute marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Tequida–Esquer contends that the district court erred by imposing the mandatory minimum sentence based in part on its finding that Tequida–Esquer possessed a firearm in connection with his offense and was, therefore, ineligible to be sentenced under the safety valve provision, 18 U.S.C. § 3553(f). Tequida–Esquer argues that the facts underlying the safety valve determination must be submitted to a jury under *Alleyne v. United States,* —— U.S. ——, 133 S.Ct. 2151, 186 L.Ed.2d 314 (2013). This argument is foreclosed. *See United States v. Lizarraga–Carrizales,* 757 F.3d 995, 999 (9th Cir.2014) ("[T]he denial of safety valve relief does not increase the statutory maximum or minimum such that

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

---

*Alleyne* is implicated ... Accordingly, the factual predicate for denying safety valve relief need not be proven to a jury.").

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-